UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ELLEN MCCORMICK                             :     **18-CV-00916(ENV)(SJB)**
                                            :
          Plaintiff,             :
                                            :     **CERTIFICATE OF DEFAULT**
   -against-                              :
                                            :
PHINIZY & PHEBE HANDMADE LLC (d/b/a         :
PHIN & PHEBES ICE CREAM), CRISTA            :
FREEMAN, AND JESS EDDY,                     :
                                            :
          Defendants.            :
------------------------------------------------------------ X

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that Defendant Phinizy & Phebe Handmade LLC (d/b/a Phin & Phebes Ice Cream) ("Defendant") has not filed an answer or otherwise moved with respect to the complaint herein.  The default of Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.


Dated:   November 2, 2018
           Brooklyn, New York

                                                        Douglas C. Palmer

                                                        Clerk of Court