

| | | |
|---|---|---|
| | 370 Lexington Avenue<br>Suite 1012<br>New York, NY 10017-6504<br>(212) 867-3675 (office)<br>(212) 867-5068 (direct dial)<br>(212) 867-5765 (facsimile) | Patrick J. Boyd, Esq. \| *Partner*<br>68 Southfield Avenue, Suite 100<br>Two Stamford Landing<br>Stamford, CT 06902-7223<br>(203) 921-0322 (office)<br>(203) 975-1110 (facsimile)<br>pboyd@theboydlawgroup.com |

March 22, 2019

<u>VIA ECF</u>
The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304 North, Courtroom 324N
Brooklyn, New York 11201

    Re:    **Ellen McCormick v. Phinizy & Phebe Handmade LLC, et al.**
             <u>Case No. 18-cv-00916(ENV)(SJB)</u>

Dear Judge Bulsara,

    We represent the Plaintiff Ellen McCormick ("Plaintiff") in the above-referenced matter. As per the Court's March 8, 2019 Order directing Plaintiff to provide the Court with a status report, we can confirm the closure of the bankruptcy case consistent with this Court's prior observations. Furthermore, we also wish to inform the Court that we are attempting to effectuate service upon the individual Defendant Jess Eddy where she is presently residing in Australia and have secured counsel in furtherance of such efforts.

    We thank the Court for its continued time and attention to this matter and please do not hesitate to contact our office with any questions or concerns.

                                                                  Respectfully Submitted,

                                                                 <u>/s/ Patrick J. Boyd</u>
                                                                 Patrick J. Boyd, Partner
                                                                 THE BOYD LAW GROUP, PLLC
                                                                 *Attorneys for Plaintiff*

Cc:    Defendant Crista Freeman (v*ia ECF and electronic-mail*)
           crista.freeman@gmail.com