RCV'D
3|25|19

Crista Freeman
*Pro se*
110 India Street Apt. 2R
Brooklyn, NY 11222
Telephone: (646) 643-1722
Fax: (212) 589-4201

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 2 1 2019 ★
4:01 PM RDC
BROOKLYN OFFICE

ELLEN MCCORMICK
      Plaintiff,

    v.

PHINIZY & PHEBE HANDMADE LLC (d/b/a PHIN & PHEBES ICE CREAM), CRISTA FREEMAN, AND JESS EDDY

      Defendants.

CIVL ACTION NO.: 18-cv-916 ENV- (SJB)

**STATUS REPORT FOR CRISTA FREEMAN**

R E C E I V E D
MAR 2 1 2019
PRO SE OFFICE

Dear Judge Sanket J. Bulsara

I am writing in reference to case CIVL ACTION NO.: 18-cv-916 ENV- (SJB). Since declaring bankruptcy the court has supplied me with the attached notice via email. No other updates have taken place since the closing of my bankruptcy case.

Dated: March 18th, 2019

/s/ Crista B. Freeman
Crista B. Freeman
110 India Street Apt. 2R
Brooklyn, New York 11222
Telephone: (646) 643-1722
Email: crista.freeman@gmail.com



Crista Freeman <crista@kokusnyc.com>

---

## FW: Ch-7 1-18-44213-cec Close Bankruptcy Case Re: Crista B Freeman @bankruptcy

2 messages

---

**Crista Freeman** <crista@kokusnyc.com>                                          Wed, Oct 24, 2018 at 3:34 PM
To: Evernote - Crista <cristabe11e.e3837@m.evernote.com>

--

Crista Freeman
COO // Koku // 646-643-1722

---

**From:** Daniel Gershburg <dgershburg@romerdebbas.com>
**Date:** Wednesday, October 24, 2018 at 2:19 PM
**To:** Crista Freeman <crista@kokusnyc.com>
**Subject:** FW: Ch-7 1-18-44213-cec Close Bankruptcy Case Re: Crista B Freeman

DONE!!! How happy are you???

Romer Debbas, LLP

275 Madison Avenue, Suite 801

New York, NY 10016

Tel: (212) 888-3100

Dir: (212) 390-8866

www.meetme.so/danielgershburg

---

**From:** "BKECF_LiveDB@nyeb.uscourts.gov" <BKECF_LiveDB@nyeb.uscourts.gov>
**Date:** Wednesday, October 24, 2018 at 2:10 PM
**To:** "CourtMail@nyeb.uscourts.gov" <CourtMail@nyeb.uscourts.gov>
**Subject:** Ch-7 1-18-44213-cec Close Bankruptcy Case Re: Crista B Freeman

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed**

**electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**Eastern District of New York**

Notice of Electronic Filing

The following transaction was received from ch7close entered on 10/24/2018 at 2:08 PM EDT and filed on 10/24/2018

| | |
|---|---|
| **Case Name:** | Crista B Freeman |
| **Case Number:** | 1-18-44213-cec |

**Document Number:**

**Docket Text:**
Bankruptcy Case Closed (ch7close)

The following document(s) are associated with this transaction:

**1-18-44213-cec Notice will be electronically mailed to:**

Daniel Gershburg on behalf of Debtor Crista B Freeman
daniel@danielgershburg.com

Debra Kramer
dkramer@kramerpllc.com;trustee@kramerpllc.com, ny73@ecfcbis.com

Paul A Levine on behalf of Debtor Crista B Freeman
plevine@lemerygreisler.com, phartl@lemerygreisler.com

Office of the United States Trustee
USTPRegion02.BR.ECF@usdoj.gov

**1-18-44213-cec Notice will not be electronically mailed to:**

**Disclaimer**

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

---

Crista Freeman <Crista@kokusnyc.com>                                    Mon, Mar 18, 2019 at 12:56 PM
To: Crista Freeman <crista.freeman@gmail.com>

[Quoted text hidden]

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Crista B Freeman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

Social Security number or ITIN   xxx-xx-7296

EIN   _ _ - _ _ _ _ _ _ _

Social Security number or ITIN   _ _ _ _

EIN   _ _ - _ _ _ _ _ _ _

United States Bankruptcy Court   **Eastern District of New York**

Case number:  **1-18-44213-cec**

---

## Order of Discharge and Final Decree

Revised: 12/15

---

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

Crista B Freeman

**IT IS FURTHER ORDERED:**

- Debra Kramer (Trustee) is discharged as trustee of the estate of the above-named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above-named debtor(s) is closed.

**BY THE COURT**

Dated: October 24, 2018

s/ Carla E. Craig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# Notice Recipients

District/Off: 0207–1          User: admin                Date Created: 10/24/2018
Case: 1–18–44213–cec         Form ID: 318DF7            Total: 30

**Recipients of Notice of Electronic Filing:**
tr    Debra Kramer        dkramer@kramerpllc.com;trustee@kramerpllc.com
aty   Daniel Gershburg    daniel@danielgershburg.com
aty   Paul A Levine       plevine@lemerygreisler.com

                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Crista B Freeman       197 Franklin Street, Apt 2R        Brooklyn, NY 11222
smg       NYS Department of Taxation & Finance       Bankruptcy Unit       PO Box 5300       Albany, NY 12205
smg       NYC Department of Finance       345 Adams Street       Office of Legal Affairs       Brooklyn, NY 11201–3719
smg       NYS Unemployment Insurance       Attn: Insolvency Unit       Bldg. #12, Room 256       Albany, NY 12240
smg       Office of the United States Trustee       Eastern District of NY (Brooklyn Office)       U.S. Federal Office
          Building       201 Varick Street, Suite 1006       New York, NY 10014
9317712   Amex       Correspondence       Po Box 981540       El Paso, TX 79998
9317713   Bank of America       4909 Savarese Circle       F11–908–01–50       Tampa, FL 33634
9317714   Chase Card Services       Correspondence Dept       Po Box 15298       Wilmington, DE 19850
9317715   Citi       Citicorp Credit Services; Attn: Centrali       Po Box 20507       Kansas City, MO 64195
9317716   Citicards       Citicorp Credit Services/Attn: Centraliz       Po Box 790040       Saint Louis, MO 63179
9317717   Comenity bank/J Crew       Attn: Bankruptcy Dept       Po Box 182125       Columbus, OH 43218
9350174   Credit Control LLC       5757 Phantom Dr.       Ste 330       Hazelwood, MO 63042
9378639   Ellen McCormick       931 Manhattan Avenue, Apt. 5       Brooklyn, NY 11222
9317718   Excelsior Growth Fund       50 Beaver Street       Albany, NY 12207
9317719   I C System Inc       444 Highway 96 East       P.O. Box 64378       St. Paul, MN 55164
9317720   IRS       PO BOX 7317       Philadelphia, PA 19101–7317
9317721   Javier Mendez, Esq.       50 Beaver Street       2nd Floor       Albany, NY 12207
9317722   Navient       Attn: Bankruptcy       Po Box 9500       Wilkes–Barre, PA 18773
9317723   Nelnet Loans       Attn: Claims       Po Box 82505       Lincoln, NE 68501
9323606   New York Business Development Corporation       C/O Paul A. Levine, Esq.       Lemery Greisler LLC       50
          Beaver Street, 2nd Fl.       Albany, NY 12207
9317724   Sallie Mae       P.O. Box 9500       Wilkes Barre, PA 18773–9500
9317725   Sammie Jeff Realty LLC       197 Franklin Street       Brooklyn, NY 11222
9317726   SunTrust Bank       PO Box 791144       Baltimore, MD 21279
9317727   Suntrust Bk       Attn: Bankruptcy       1001 Semmes Ave / Va–Rvw–6290       Richmond, VA 23224
9317728   Synchrony Bank/Banana Republic       Attn: Bankruptcy Dept       Po Box 965060       Orlando, FL 32896
9317729   Synchrony Bank/HH Gregg       Attn: Bankruptcy       Po Box 965060       Orlando, FL 32896
9317730   West Side Radiology Associates, PC       28493 Network Place       chicago, IL 60673

                                                                    TOTAL: 27

Crista Freeman
110 India St. Apt. 2K
Brooklyn, NY 11222

7019 0140 0000 1795 1429

!PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS; FOLD AT DOTTED LINE

CERTIFIED MAIL

7019 0140 0000 1795 1429



Attn: Pro
United State
For
Eastern Dis
225 Cadma
Room
Brooklyn,



RECEIVED
MAR 21 2019
PRO SE OFFICE



UNITED STATES
POSTAL SERVICE®



1000          11201

U.S. POSTAGE PAID
FCM LG ENV
BROOKLYN, NY.
11222
MAR 19, 19
AMOUNT
**$4.65**
R2307M152561-88

s\ Office
; District Court
The
strict of New York
; Plaza East
1185

NY 11201