UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
ELLEN MCCORMICK, : **18-CV-00916(ENV)(SJB)**
                      Plaintiff, :
                                                                           : **NOTICE OF MOTION FOR**
        -against- : **DEFAULT JUDGMENT**
                                                     :
PHINIZY & PHEBE HANDMADE LLC (d/b/a :
PHIN & PHEBES ICE CREAM), CRISTA :
FREEMAN, AND JESS EDDY, :
                                                        :
                     Defendants. :
------------------------------------------------------------ X

       Plaintiff, Ellen McCormick, hereby moves the Court pursuant to Federal Rules of Civil Procedure 55(b) and Local Civil Rule 55.2 to enter default judgment in favor of plaintiff and against Defendant Phinizy & Phebe Handmade LLC (d/b/a Phin & Phebes Ice Cream) ("Defendant") on the grounds that said Defendant has failed to answer or otherwise defend against the Complaint dated and filed on February 12, 2018.

Dated: November 1, 2019
       New York, New York

                                                                                     **THE BOYD LAW GROUP, PLLC**

                                                                                     By: */s/ Patrick J. Boyd*
                                                                                     Patrick J. Boyd (PB0921)
                                                                                     370 Lexington Avenue, Suite 1012
                                                                                     New York, New York 10017
                                                                                     Tel: (212) 867-3675
                                                                                     Fax: (212) 867-5765
                                                                                     pboyd@theboydlawgroup.com
                                                                                     *Attorneys for Plaintiff*

TO:   Phinizy & Phebe Handmade LLC (d/b/a Phin & Phebes Ice Cream)
      67 West Street, Suite 330
      Brooklyn, New York 11222

      Crista Freeman
      110 India Street, Apt 2R
      Brooklyn, NY 11222
      crista.freeman@gmail.com

      Jess Eddy
      67 West Street, Suite 330
      Brooklyn, New York 11222