# Exhibit C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
ELLEN MCCORMICK, : **18-CV-00916(ENV)(SJB)**
:
           Plaintiff, :
: **CERTIFICATE OF SERVICE**
    -against- :
:
PHINIZY & PHEBE HANDMADE LLC (d/b/a :
PHIN & PHEBES ICE CREAM), CRISTA :
FREEMAN, AND JESS EDDY, :
:
           Defendants. :
---------------------------------------------------------- X

    I, Patrick J. Boyd, declare under penalty of perjury that, simultaneously with the filing of this Motion or Default Judgment, I have caused to be served a copy of the attached Notice of Motion for Default Judgment, Declaration in Support of Motion for Default Judgment with Exhibit A – Complaint, Exhibit B – Certificate of Default, Exhibit C – Certificate of Service with Federal Express mailing labels, and Exhibit D – Proposed Order of Default Judgement and Memorandum of Law in Support of the Motion for Default Judgment upon the last known residences and business addresses of the Defendants:

    Phinizy & Phebe Handmade LLC (d/b/a Phin & Phebes Ice Cream)
    67 West Street, Suite 330
    Brooklyn, New York 11222

    Crista Freeman
    110 India Street, Apt 2R
    Brooklyn, NY 11222

    Jess Eddy
    67 West Street, Suite 330
    Brooklyn, New York 11222

Dated: November 1, 2019
      New York, New York

                           **THE BOYD LAW GROUP, PLLC**

                          By: */s/ Patrick J. Boyd*
                          Patrick J. Boyd, Esq. (PB0921)
                          370 Lexington Avenue, Suite 1012
                          New York, New York 10017
                          Tel: (212) 867-3675
                          Fax: (212) 867-5765
                          pboyd@theboydlawgroup.com
                          *Attorneys for Plaintiff*



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.