# Exhibit D

```
------------------------------------------------------- X
     ELLEN MCCORMICK,                                   :   18-CV-00916(ENV)(SJB)
                                                        :
                         Plaintiff,                     :
                                                        :   PROPOSED JUDGMENT
              -against-                                 :
                                                        :
     PHINIZY & PHEBE HANDMADE LLC (d/b/a                :
     PHIN & PHEBES ICE CREAM), CRISTA                   :
     FREEMAN, AND JESS EDDY,                            :
                                                        :
                         Defendants.                    :
------------------------------------------------------- X
```

## JUDGMENT

The summons and complaint in this action having been duly served on Phinizy & Phebe Handmade LLC ("Phinizy & Phebe") on April 26, 2018, and Phinizy & Phebe having failed to plead or otherwise defend in this action, and that default having been duly noted by the clerk's office, on the motion of the plaintiff Ellen McCormick, it is hereby DECREED and ADJUDGED that:

I. Defendant violated the Fair Labor Standards Act ("FLSA") by its refusal to pay plaintiff certain wages during her time employed with the company;

II. Defendant violated the New York Labor Law ("NYLL") by refusing to provide plaintiff with wage statements and for retaliation;

III. The Plaintiff Ellen McCormick is awarded earned wages pursuant to the FLSA in the amount of $19,038.42;

IV. The Plaintiff Ellen McCormick is awarded earned wages pursuant to the NYLL in the amount of $19,038.42;

V. The Plaintiff Ellen McCormick is awarded liquidated damages pursuant to the FLSA for $19,038.42 and the NYLL for $19,038.42;

VI. The Plaintiff Ellen McCormick is awarded the maximum of $5,000 for Defendant Phinizy & Phebe's failure to provide Plaintiff with a wage notice pursuant to NYLL;

VII. The Plaintiff Ellen McCormick is awarded lost wages pursuant to Defendant's retaliatory termination pursuant to the FLSA;

VIII. The Plaintiff Ellen McCormick is awarded a civil penalty of $10,000 for Defendant's retaliatory act pursuant to NYLL § 215;

IX. The Plaintiff Ellen McCormick is awarded pre-judgment and post-judgment interest thereon;

X. The Plaintiff Ellen McCormick is awarded costs and expenses for this action together with plaintiff's reasonable attorneys' and expert fees;

XI. Defendant is permanently enjoined from engaging in each for the unlawful practices, polices, and patters set forth in plaintiff's Memorandum of Law; and

XII. Such other relief as this Court deems just and proper.

DATED: _____          _____
                            Hon. Eric N. Vitaliano, U.S.D.J.