

| | |
|---|---|
| 370 Lexington Avenue | Patrick J. Boyd, Esq. \| *Partner* |
| Suite 1012 | 68 Southfield Avenue, Suite 100 |
| New York, NY 10017-6504 | Two Stamford Landing |
| (212) 867-3675 (office) | Stamford, CT 06902-7223 |
| (212) 867-5068 (direct dial) | (203) 921-0322 (office) |
| (212) 867-5765 (facsimile) | (203) 975-1110 (facsimile) |
| | pboyd@theboydlawgroup.com |

February 6, 2020

<u>VIA ECF</u>
The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 304 North, Courtroom 324N
Brooklyn, New York 11201

      Re:    Ellen McCormick v. Phinizy & Phebe Handmade LLC, et al.
             <u>Case No. 18-cv-00916 (ENV)(SJB)</u>

Dear Judge Bulsara,

      We represent the Plaintiff Ellen McCormick ("Plaintiff") in the above-referenced matter. Per Plaintiff's December 6, 2019 status letter and as subsequently directed by the Court on December 8, 2019, we write to provide a further status report relating to Plaintiff's attempts at service upon Defendant Jess Eddy ("Defendant Eddy") who presently resides in Australia.

      Plaintiff had enlisted the services of counsel in Australia to help her effectuate service. That counsel advised her to hire a service company called "Nautilus Investigations PTY LTD" to effectuate service upon Defendant Eddy.

      After multiple visits and phone calls to Defendant Eddy's place of work in Australia, the process server advised Plaintiff that Eddy "would not present herself, and appears without any doubt avoiding service. Until to-day [Eddy] had no indication what the agent was there for, however we suspect she has been alerted to them prior to us attending, or she is avoiding other matters."

      As the process server was able to successfully locate Defendant Eddy and because we believe that she has intentionally been evading service, Plaintiff respectfully requests that the Court provide her with an additional time of two (2) weeks to effectuate service upon Defendant Eddy. While we do not believe documentation regarding service attempts is necessary for this status update, we would be more than willing to provide those records if the Court should wish to see them.



February 6, 2020
Page | 2

      We thank the Court for its continued time and attention to this matter and please do not hesitate to contact our office with any questions or concerns.

Respectfully Submitted,

**THE BOYD LAW GROUP, PLLC**

 /s/ *Patrick J. Boyd*
Patrick J. Boyd
*Attorneys for Plaintiff*

Cc:    Defendant Crista Freeman (v*ia ECF and electronic-mail*)
       crista.freeman@gmail.com