UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

ELLEN MCCORMICK,

               Plaintiff,

    -against-

PHINIZY & PHEBE HANDMADE LLC (d/b/a PHIN & PHEBES ICE CREAM), CRISTA FREEMAN, AND JESS EDDY,

               Defendants.

-------------------------------------------------------------- x

18-CV-00916(ENV)(SJB)

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that, pursuant to the Order of the Honorable Magistrate Judge Sanket J. Bulsara on February 21, 2020, the claims of Plaintiff Ellen McCormick, are hereby dismissed, without prejudice, in their entirety as against Defendant, Jess Eddy, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated:  February 28, 2020
        New York, New York

                                                           **THE BOYD LAW GROUP, PLLC**

                                                           By: /s/  *Patrick J. Boyd*
                                                           Patrick J. Boyd (PB0921)
                                                           370 Lexington Avenue, Suite 1012
                                                           New York, New York 10017
                                                          Telephone: (212) 867-3675
                                                          Fax: (212) 867-5765
                                                          pboyd@theboydlawgroup.com
                                                          *Attorneys for the Plaintiff*

**SO ORDERED:**

_____     _____
Hon. Eric N. Vitaliano, U.S.D.J.                       Dated
Magistrate Judge Sanket J. Bulsara