AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

|  |  |
|---|---|
| _____ <br> *Plaintiff* <br> v. <br> _____ <br> *Defendant* | ) <br> ) <br> )  Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____          *WDBoone*
                                                                                              _____
                                                                                              *Attorney's signature*

                                                                                              _____
                                                                                              *Printed name and bar number*

                                                                                              _____
                                                                                              *Address*

                                                                                              _____
                                                                                              *E-mail address*

                                                                                              _____
                                                                                              *Telephone number*

                                                                                              _____
                                                                                              *FAX number*