UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELLEN MCCORMICK,<br><br>                      Plaintiff,<br><br>-against-<br><br>PHINIZY & PHEBE HANDMADE LLC (d/b/a PHIN & PHEBES ICE CREAM), CRISTA FREEMAN, AND JESS EDDY,<br><br>                      Defendants. | Civil Case No.: 18-CV-0916(ENV)(SJB)<br><br>**STIPULATION OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Ellen McCormick ("Plaintiff") and Defendant Crista Freeman ("Defendant Freeman"), through their respective undersigned counsel, that the claims of Plaintiff against Defendant Freeman and the counterclaims of Defendant Freeman against Plaintiff in above-captioned action shall be and hereby are dismissed in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(ii), with prejudice, and with no award of attorneys' fees or costs by the Court to any Party.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in counterparts and that a facsimile or electronic signature shall be deemed as an original; and

IT IS FURTHER STIPULATED AND AGREED that this executed stipulation may be filed without further notice with the clerk of the court.

*(Remainder of Page Intentionally Blank – Signature Page to Follow)*

Dated: July 15, 2020
      New York, New York

| THE BOYD LAW GROUP, PLLC | W. DAN BOONE<br>ATTORNEY AT LAW |
|---|---|
| By: *Stephen M. Bourtin* (signature)<br>Stephen M. Bourtin, Esq. (SB6458)<br>370 Lexington Avenue, Suite 1012<br>New York, New York 10017<br>Tel: (212) 867-3675<br>Fax: (212) 867-5765<br>sbourtin@theboydlawgroup.com<br>*Attorneys for Plaintiff* | By: /s/ WDBoone<br>W. Dan Boone, Esq.<br>30 Lincoln Plaza, Suite 23U<br>New York, New York 10023-7121<br>Tel: (212) 586-8329<br>Fax: (646) 314-8851<br>wdanboone@aol.com<br>*Attorney for Defendant Crista Freeman* |

**SO ORDERED**:

_____
Hon. Eric N. Vitaliano, U.S.D.J.