UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
ELLEN MCCORMICK,

                          Plaintiff,

        -against-

PHINIZY & PHEBE HANDMADE LLC (d/b/a PHIN & PHEBES ICE CREAM), CRISTA FREEMAN, AND JESS EDDY,

                        Defendants.
------------------------------------------------------------- x

**18-CV-00916(ENV)(SJB)**

**NOTICE OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that, pursuant to the August 25, 2020 Order of the Honorable Magistrate Judge Sanket J. Bulsara, the claims of Plaintiff Ellen McCormick against Defendant Phinizy & Phebe Handmade, LLC are hereby dismissed, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated:  September 8, 2020
         New York, New York

                                                  **THE BOYD LAW GROUP, PLLC**

                                                  By: /s/ *Patrick J. Boyd*
                                                  Patrick J. Boyd (PB0921)
                                                  370 Lexington Avenue, Suite 1012
                                                  New York, New York 10017
                                                  Telephone: (212) 867-3675
                                                  Fax: (212) 867-5765
                                                  pboyd@theboydlawgroup.com
                                                  *Attorneys for the Plaintiff*

**SO ORDERED:**

_____    _____
Hon. Eric N. Vitaliano, U.S.D.J.                            Dated
Magistrate Judge Sanket J. Bulsara